IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAUL BOSCHETTI,                          No. C 13-2706 CW

          Plaintiff,                     ORDER GRANTING IN
                                         PART LEAVE TO
     v.                                  APPEAL IN FORMA
                                         PAUPERIS
DANIEL O'BLENIS,

          Defendant.
_____/

     Defendant Daniel Everett, named herein as Daniel O'Blenis,

moves for leave to appeal in forma pauperis (IFP).  For the

reasons set forth below, this motion is granted in part.

     "[A] party to a district-court action who desires to appeal

in forma pauperis must file a motion in the district court."  Fed.

R. App. P. 24(a)(1).  "An appeal may not be taken in forma

pauperis if the trial court certifies in writing that it is not

taken in good faith."  28 U.S.C. § 1915(a)(3).  "If the district

court denies the motion, it must state its reasons in writing."

Fed. R. App. P. 24(a)(2).

     Defendant seeks to appeal this Court's August 14, 2013 order

remanding the case to San Francisco County Superior Court for lack

of federal subject matter jurisdiction and awarding attorneys'

fees to Plaintiff Paul Boschetti.  See Docket No. 26, Notice of

Appeal.  In this circuit, an order remanding a case to state court

for lack of federal subject matter jurisdiction "is not reviewable

on appeal or otherwise."  28 U.S.C. § 1447(d); see also Abada v.

Charles Schwab & Co., Inc., 300 F.3d 1112, 1116 (9th Cir. 2002)

("'Remand orders based on a defect in removal procedure or lack of

subject matter jurisdiction are immune from review even if the district court's order is erroneous.'" (citations omitted)). Accordingly, Defendant's appeal of the remand order is frivolous and not taken in good faith under 28 U.S.C. § 1915(a)(3).  See Hooker v. American Airlines, 302 F.3d 1091, 1092 (9th Cir. 2002) (construing "not in good faith" to mean frivolous).

However, Defendant's appeal of the attorneys' fees award is not frivolous.  The Ninth Circuit has held that such an award is subject to appellate review even when the accompanying remand order is not.  Dahl v. Rosenfeld, 316 F.3d 1074, 1079 (9th Cir. 2003) ("Although we have no power to reverse the remand decision, we can nonetheless consider the district court's award of attorneys' fees.").  Thus, Defendant may proceed IFP in his appeal of the attorneys' fees award.

CONCLUSION

For the reasons set forth above, Defendant's motion for leave to appeal IFP (Docket Nos. 27, 29) is GRANTED in part.  Pursuant to Federal Rule of Appellate Procedure 24(a)(4), the Clerk shall notify the Ninth Circuit that this Court has denied Defendant's motion to appeal the remand order IFP and certified in writing that the appeal (9th Cir. Case No. 13-16666) is not taken in good faith.  Defendant may, however, proceed IFP on his appeal of the attorneys' fees award.

IT IS SO ORDERED.

Dated:  8/26/2013

CLAUDIA WILKEN
United States District Judge