United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL BOSCHETTI, <br><br> Plaintiff, <br><br> v. <br><br> DANIEL O'BLENIS, <br><br> Defendant. <br> _____ / | No. 13-2706 CW <br><br> ORDER INSTRUCTING DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION TO AMEND THE PRE-FILING ORDER |

On July 2, 2015, Plaintiff Paul Boschetti moved the Court to modify an existing pre-filing order in this case. See August 23, 2013 Pre-Filing Order, Docket No. 23. In that order, the Court instructed the Clerk of the Court not to accept any notice of removal from Defendant Daniel O'Blenis (also known as Daniel Everett) unless that notice of removal had first been reviewed by the Court.

Plaintiff alleges that Defendant has made multiple threats of litigation in order to intimidate him from re-renting the apartment that is at issue in this case. Accordingly, Plaintiff moves to have Defendant barred from "filing any action, proceeding, motion, petition, appeal, request for relief, or otherwise, in any federal, state, territorial, or tribal court . . . which relates in any way, shape, or form to [Defendant's] former apartment located at 261 Pierce Street, Unit #5, San Francisco, California" without first seeking leave to do so from the Court. Docket No. 45.

The deadline for Defendant to respond to this motion was July 16, 2015.  As of the date of this order, Defendant has not done so.

Accordingly, the Court orders that if Defendant opposes this motion he must file his opposition no later than July 30, 2015. Defendant is advised that if he does not respond to the motion, the Court is inclined to grant it.  The Clerk of the Court shall ensure that Defendant receives a copy of this order and the motion.

IT IS SO ORDERED.

Dated: July 21, 2015

CLAUDIA WILKEN
United States District Judge

2