IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL BOSCHETTI,<br><br>      Plaintiff,<br><br>   v.<br><br>DANIEL E. O'BLENIS,<br><br>      Defendant.<br>_____/ | No.  13-2706 CW<br><br>MODIFIED PRE-<br>FILING ORDER |

Pursuant to the Court's order granting Plaintiff Paul Boschetti's motion for a modification of the existing pre-filing order, it is hereby ORDERED that Defendant may not file any action, petition, appeal or request for relief in any federal court in the United States (including any bankruptcy court) or any state court in California against Paul Boschetti and/or his property manager Victor Makras and/or Makras Real Estate, any of their agents or employees, or any future occupants or tenants of the apartment in question, that relates to Case No. CUD 12-642905 in San Francisco County Superior Court or to Defendant's subsequent eviction from 261 Pierce Street, Unit #5, San Francisco, California until that filing has first been reviewed by the Court to ensure it is neither duplicative nor frivolous.  This order in no way nullifies the content of the original pre-filing order or its subsequent clarification.

Dated: November 9, 2015

CLAUDIA WILKEN
United States District Judge